MABEL SOUTHWORTH, Respondent, v. COUNTY OF OSWEGO, Appellant.— Order affirmed, with ten dollars costs and disbursements. Memorandum: We put our affirmance on the broad principle that when the county became responsible for the maintenance of this road after its improvement, its responsibility included the entire width of the highway and the sidewalk as existing. All concur. (The order denies a motion to dismiss the complaint in a negligence action.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

CLINTON SOUTHWORTH, Respondent, v. COUNTY OF OSWEGO, Appellant.— Order affirmed, with ten dollars costs and disbursements. Memorandum: We put our affirmance on the broad principle that when the county became responsible for the maintenance of this road after its improvement, its responsibility included the entire width of the highway and the sidewalk as existing. All concur. (The order denies a motion to dismiss the complaint in a negligence action.) Present — Sears, P. J., Edgcomb, Crosby, Cunningham and Taylor, JJ.

PARK CONCESSIONS, INCORPORATED, Appellant, v. POSTAL TELEGRAPH-CABLE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants a motion to dismiss the complaint in an action for damages for the negligent handling of a telegraph message.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

In the Matter of the Proceeding under the Grade Crossing Elimination Act for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by ERIE RAILROAD COMPANY and the ATHOL SPRINGS-HAMBURG COUNTY HIGHWAY No. 1067, etc., in the Town of Hamburg, Erie County. (Case No. 4667.) — Order affirmed, with costs. All concur. (The order denies an application for a rehearing in a grade crossing elimination proceeding.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

WILLIAM B. FRYE, as Administrator, etc., of RAY A. EDSON, Deceased, Appellant, v. PHŒNIX ASSURANCE COMPANY, LIMITED, OF LONDON, ENGLAND, and Others, Respondents.— Judgment and order affirmed, with costs. All concur, except Sears, P. J., who dissents and votes for reversal on the law and facts and for granting a new trial on the ground that a verdict establishing incendiarism is contrary to and against the weight of the evidence. (The judgment is for defendants in an action under fire insurance policies. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MARY E. HEWITT, Individually and as Administratrix, etc., of ELIZABETH L. LUMAN, Deceased, Appellant, v. AMELIA L. RUMBLE, Individually and as Executrix, etc., of ANDREW LUMAN, Deceased, and Others, Respondents.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in an action to set aside transfers of interest in realty.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

In the Matter of the Proceeding, etc., for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by THE PENNSYLVANIA RAILROAD COMPANY and JAMISON-EAST ELMA COUNTY HIGHWAY No. 925, etc., in the Town of Elma, Erie County. (Case No. 6004.) — Order affirmed, with costs. All concur. (The order affirms orders of the Public Service Commission directing the elimination of a grade crossing.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.